IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 5-24CR-135-H |
| QURRAN THOMAS | |

### INDICTMENT

The Grand Jury Charges:

Count One
Convicted Felon in Possession of Ammunition
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8))

On or about May 16, 2024, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Qurran Thomas**, defendant, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce ammunition, that is, Sellier and Bellot .40 S&W caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Qurran Thomas** shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following: Sellier and Bellot .40 S&W caliber ammunition, and any additional ammunition, magazines, and / or accessories recovered with the ammunition.

A TRUE BILL:

_Shanda Rogers_
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_Matt McL_
MATTHEW A. McLEOD
Assistant United States Attorney
Tennessee State Bar No. 034353
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7351
Facsimile:    806-472-7394
E-mail:         matthew.mcleod@usdoj.gov

Qurran Thomas
Indictment – Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

QURRAN THOMAS

INDICTMENT

COUNT 1:   CONVICTED FELON IN POSSESSION OF AMMUNITION
Title 18, United States Code, Sections 922(g)(1), 924(a)(8).

(1 COUNT + FORFEITURE)

A true bill rendered:

Lubbock    _Shanda Rogus_    Foreperson

Filed in open court this __11TH__ day of __DECEMBER__, A.D. 2024.
ARREST WARRANT TO ISSUE.
Complaint Number 5:24-MJ-114-BV filed on September 9, 2024.

_Amy Bruner_
UNITED STATES MAGISTRATE JUDGE

Qurran Thomas
Indictment – Page 3